# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>STEPHANIE D. BROWN,<br>Debtor | Case No. 05-12431-ANV<br>Chapter 13 |
| STEPHANIE D. BROWN,<br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3,<br>Defendants. | A.P. No. 05-01052<br><br>CA 05 523 |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the Defendants, Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A., as Trustee of the Aegis Asset Backed Securities Trust 2004-3, appeal under 28 U.S.C. § 158(a) from the order of the bankruptcy court entitled "Order Denying Motion/Application (doc#17) After Hearing" entered in this Adversary Proceeding on the 7th day of December, 2005.

In accordance with Official Form 17, the names of all parties to the order appealed from and the names, addresses, telephone and fax numbers of their respective attorneys are as follows:

**In Re: Stephanie D. Brown** **Case No. 05-12431-ANV, Chapter 13**

**Stephanie D. Brown vs. Mortgage Electronic Registration Systems, Inc., et als**
**A.P. No. 05-01052**

Stephanie D. Brown, the Debtor

Jeffrey Dana, Esquire
Rhode Island Legal Services, Inc.
56 Pine Street, Fourth Floor
Providence, Rhode Island 02903
(401) 274-2652
FAX: (401)453-0310

Mortgage Electronic Registration Systems, Inc.
Wells Fargo Bank, N.A.

Charles A. Lovell, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
FAX: (401) 861-8210

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3

By their Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401)861-8200/FAX(401)861-8210
cal@psh.com

Dated: December 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2005, I electronically filed a Motion for Leave to Appeal and supporting Memorandum with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: none; and I hereby certify that a copy of the Motion was served by regular, first class mail, to the following interested parties as set forth below:

Jeffrey Dana, Esquire
RI Legal Services, Inc.
56 Pine Street, Fourth Floor
Providence, RI 02903

Ms. Stephanie D. Brown
12 Kilburn Court
Newport, RI 02840

**In Re: Stephanie D. Brown** **Case No. 05-12431-ANV, Chapter 13**

**Stephanie D. Brown vs. Mortgage Electronic Registration Systems, Inc., et als**
**A.P. No. 05-01052**

Ms. Margaret Nicholas
12 Kilburn Court
Newport, RI 02840

/s/ Debra J. Demartini

831743_11618-1093

RECEIVED

DEC 19 2005

Property of U.S. District Court
District of Rhode Island

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: ***Stephanie D. Brown***<br><br>Debtor(s) | BK No. 1:05-bk-12431<br>Chapter |
| **Stephanie D. Brown *et al.***<br>Plaintiff(s)<br><br>**v.**<br><br>**Mortgage Electronic Registration Systems, Inc. *et al.***<br>Defendant(s) | AP No. **1:05-ap-01052** |

***Order Denying Motion/Application (doc# 17 ) After Hearing***

***Re: Defendant's Motion to Compel Mediation/Arbitration and to Dismiss Case***

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 17 ) is **DENIED** .

Judgment #: ***1:05-ap-01052 - 22 - 17***

***ORDER:***

***HAD***
Deputy Clerk

***ENTER:***

[signature]

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **12/7/05**

Entered on Docket: **12/7/05**
Document Number: **22 - 17**

153ogmaah.jsp #153