CA 05 523

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-12431 AP # 05-1052
2. Title of Bankruptcy Case Stephanie D. Brown
   Stephanie Brown v. Mortgage Electronic Reg. Systems, et al.
3. Appellant: Mortgage Electronic Registration Systems, Inc.; Wells Fargo Bank, N.A.
   Name & Address of Counsel for Appellant(s):
   Charles A. Lovell, Partridge Snow & Hahn,
   180 South Main Street, Providence RI 02903
   (401) 861-8200
4. Appellee: Stephanie D. Brown
   Name & Address of Counsel for Appellee(s):
   Jeffrey Dana, RI Legal Services, Inc,
   56 Pine Street, Providence RI 02903
   (401) 274-2652
5. Additional Counsel: John Boyajian, Chapter 13 Trustee
   182 Waterman Street, Providence RI 02906 (401) 273-9600

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes______ No X
7. Special Comments:

**APPEAL**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Adversary Proceeding #: 1:05-ap-01052

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 05-12431
*Related BK Title:* Stephanie D. Brown
*Demand:*
*Nature of Suit:* 435

*Date Filed:* 08/03/05
*Date Dismissed:* 09/29/2005

**Plaintiff**
-----------------------

**Stephanie D. Brown**
12 Kilburn Court
Newport, RI 02840
SSN: xxx-xx-4793

represented by **Jeffrey Dana**
RI Legal Services, Inc.
56 Pine Street Fourth Floor
Providence, RI 02903
274-2652 ext 137
Fax : 453-0310
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Mortgage Electronic Registration Systems, Inc.**
PO Box 2026
Flint, MI 48501

represented by **Charles A. Lovell**
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903
(401) 861-8200
Fax : 861-8210
Email: cal@psh.com

**Wells Fargo Bank, N.A.**
9062 Old Annapolis Road
Columbia, MD 21045-2094

represented by **Charles A. Lovell**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/03/2005 | 1 | 435 (Validity/Priority/Extent Lien)(456 Declaratory Judgment) : Complaint by Stephanie D. Brown against Mortgage Electronic Registration Systems, Inc. Fee Amount $150.00 . Answer Due by:9/2/2005. (Attachments: # 1 Exhibit) (Cory, Lucinda) . (Entered: 08/03/2005) |
| 08/03/2005 | 2 | Summons Issued on Mortgage Electronic Registration Systems, Inc. Summons Issued (Cory, Lucinda) (Entered: 08/03/2005) |
| 08/03/2005 | 3 | Receipt Number 62639, Fee Amount $150.00 (related document(s)1 Complaint filed by Plaintiff Stephanie D. Brown. (Cory, Lucinda) (Entered: 08/03/2005) |
| 08/31/2005 | 4 | Motion to Dismiss Adversary Proceeding Filed by Defendant Mortgage Electronic Registration Systems, Inc.. Objections to Motion Due: 9/13/2005. (Lovell, Charles) (Entered: 08/31/2005) |
| 09/13/2005 | 5 | Objection Filed by Plaintiff Stephanie D. Brown re 4 Motion to Dismiss Adversary Proceeding filed by Defendant Mortgage Electronic Registration Systems, Inc.). (Attachments: # 1 Memorandum of Law) (DAgostino, Holly) (Entered: 09/14/2005) |
| 09/15/2005 | 6 | Hearing Set (related document(s) 4 Motion to Dismiss Adversary Proceeding filed by Defendant Mortgage Electronic Registration Systems, Inc., 5 Objection filed by Plaintiff Stephanie D. Brown). Hearing scheduled for 9/29/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 09/15/2005) |
| 09/17/2005 | 7 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 6 Hearing (AP), Hearing (AP)) Service Date 09/17/2005. (Admin.) (Entered: 09/18/2005) |
| 09/28/2005 | 8 | Motion to Amend Filed by Plaintiff Stephanie D. Brown (related document(s)1 Complaint, filed by Plaintiff Stephanie D. Brown). Objections to Motion Due: 10/11/2005. (Attachments: # 1 Amended Complaint# 2 Exhibit A to Amended Complaint# (3) Exhibit B to Amended Complaint) (DAgostino, Holly) (Entered: 09/29/2005) |
| 09/29/2005 | | Hearing Held APPEARANCES: Dana, Lovell . (related document(s)5 Objection filed by Plaintiff Stephanie D. Brown, 4 Motion to Dismiss Adversary Proceeding filed by Defendant Mortgage Electronic Registration Systems, Inc.). Arguments by Lovell regarding transfer of loan and actual lienholder. Dana stated that there is no consensus on the type of entity MERS is and argues against the motion to dismiss because MERS has acted as a party in interest throughout the case. Further argument by Lovell. Court denied the motion without |

| | | |
|---|---|---|
| | | prejudice. (DAgostino, Holly) (Entered: 09/29/2005) |
| 09/29/2005 | 9 | Order Denying Without Prejudice Motion to Dismiss Adversary Proceeding (Related Doc # 4) . (DAgostino, Holly) (Entered: 09/29/2005) |
| 10/01/2005 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 9 Order on Motion to Dismiss Adversary Proceeding) Service Date 10/01/2005. (Admin.) (Entered: 10/02/2005) |
| 10/26/2005 | 11 | Order Granting Motion To Amend (Related Doc # 8) (related document(s)1 Complaint). (DAgostino, Holly) (Entered: 10/26/2005) |
| 10/26/2005 | 12 | Amended Complaint against Wells Fargo Bank, N.A. , Mortgage Electronic Registration Systems, Inc. (related document(s)1 Complaint, filed by Plaintiff Stephanie D. Brown). Updated Answer Deadline Due By: 11/7/2005. (Attachments: # 1 Exhibit A# 2 Exhibit B) (DAgostino, Holly) (Entered: 10/26/2005) |
| 10/28/2005 | 13 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 11 Order on Motion to Amend) Service Date 10/28/2005. (Admin.) (Entered: 10/29/2005) |
| 11/02/2005 | 14 | Answer to Amended Complaint (Related Doc # 12) Filed by Wells Fargo Bank, N.A.. (Lovell, Charles) (Entered: 11/02/2005) |
| 11/02/2005 | 15 | Answer to Amended Complaint (Related Doc # 12) Filed by Mortgage Electronic Registration Systems, Inc.. (Lovell, Charles) (Entered: 11/02/2005) |
| 11/02/2005 | 16 | Motion to Compel Mediation and/or Arbitration and to Dismiss This Action, or in the alternative, to Stay the Proceedings Pending Mediation or Arbitration Filed by Defendants Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A.. Objections to Motion Due: 11/15/2005. (Attachments: # 1 Memorandum of Law # 2 Exhibit) (Lovell, Charles) (Entered: 11/02/2005) |
| 11/02/2005 | 17 | Amended Motion *to Compel Mediation and/or Arbitration and to Dismiss this Action or in the alternative, to Stay the Proceedings Pending Mediation or Arbitration (to include objection language)* Filed by Defendants Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A. (related document(s)16 Motion to Compel, filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc.). Objections/Responses due by: 11/15/2005. (Attachments: # 1 Memorandum of Law # 2 Exhibit) (Lovell, Charles) (Entered: 11/02/2005) |

| | | |
|---|---|---|
| 11/02/2005 | ● | Other Deadlines Updated (related document(s)14 Answer to Amended Complaint filed by Defendant Wells Fargo Bank, N.A.). . Discovery Plan Due by:12/12/2005. Issue Scheduling Order on: 12/19/2005. (DAgostino, Holly) (Entered: 11/03/2005) |
| 11/15/2005 | ●19 | Objection Filed by Plaintiff Stephanie D. Brown re 17 Amended Motion to Compel Mediation and/or Arbitration and to Dismiss this Action, or in the Alternative, To Stay the Proceedings Pending Mediation or Arbitration filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc.). (DAgostino, Holly) Additional attachment(s) added on 11/16/2005 (McCurdy, Michelle). (Entered: 11/16/2005) |
| 11/21/2005 | ●20 | Hearing Set (related document(s) 17 Amended Motion to Compel Mediation and/or Arbitration and to Dismiss this Action or in the alternative, to Stay the Proceedings Pending Mediation or Arbitration filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc., 19 Objection filed by Plaintiff Stephanie D. Brown). . Hearing scheduled for 12/7/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 11/21/2005) |
| 11/23/2005 | ●21 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 20 Hearing (AP), Hearing (AP)) Service Date 11/23/2005. (Admin.) (Entered: 11/24/2005) |
| 12/07/2005 | ● | Hearing Held APPEARANCES: Dana, Lovell, Boyajian . (related document(s)19 Objection, filed by Plaintiff Stephanie D. Brown, 17 Amended Motion, , filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc.). Lovell argues in support of having the case go to arbitration to look at issue of if the debtor can rescind and issue of if it is investment or personal loan. Defendant's exhibits offerec and admitted. Arguments by Dana re: truth in lending issues and case law. Stephanie Brown called by Jeffrey Dana, cross by Lovell. Arguments. Motion to Compel/Dismiss is denied after hearing. Discovery plan is due by 12/19/05. (DAgostino, Holly) (Entered: 12/07/2005) |
| 12/07/2005 | ●22 | Order Denying Amended Motion to Compel Arbitration, or to Dismiss Case. filed by Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank (Related Doc # 17) . (DAgostino, Holly) (Entered: 12/07/2005) |
| 12/07/2005 | ● | Other Deadlines Updated (related document(s)12 Amended Complaint, filed by Plaintiff Stephanie D. Brown). See hearing held on 12/7/05. Discovery Plan Due by:12/19/2005. (DAgostino, Holly) (Entered: 12/07/2005) |

| | | |
|---|---|---|
| 12/09/2005 | 23 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 22 Order on Motion to Amend Motion) Service Date 12/09/2005. (Admin.) (Entered: 12/10/2005) |
| 12/15/2005 | 24 | Notice of Appeal. Fee Amount $;255 Filed by Charles A. Lovell on behalf of Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A. (related document(s)22 Order on Motion to Amend Motion). Appellant Designation due by: 12/27/2005. (Lovell, Charles) (Entered: 12/15/2005) |
| 12/15/2005 | 25 | Receipt of filing fee for Notice of Appeal(1:05-ap-01052) [appeal,ntcapl] ( 255.00). Receipt number 403198, amount $ 255.00. (U.S. Treasury) (Entered: 12/15/2005) |
| 12/15/2005 | 26 | BAP Opt-Out Notice (related document(s)24 Notice of Appeal, filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc.). Filed by Charles A. Lovell on behalf of Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A. (related document(s)24 Notice of Appeal, filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc.). (Lovell, Charles) (Entered: 12/15/2005) |
| 12/15/2005 | 27 | Motion for Leave to Appeal Filed by Defendants Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A. (related document(s)22 Order on Motion to Amend Motion). Objections to Motion Due: 12/28/2005. (Attachments: # 1 Memorandum of Law # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F) (Lovell, Charles) (Entered: 12/15/2005) |
| 12/15/2005 | 28 | Motion To Stay Pending Appeal Filed by Defendants Mortgage Electronic Registration Systems, Inc., Wells Fargo Bank, N.A. (related document(s)27 Motion for Leave to Appeal, filed by Defendant Wells Fargo Bank, N.A., Defendant Mortgage Electronic Registration Systems, Inc.). Objections to Motion Due: 12/28/2005. (Attachments: # 1 Memorandum of Law) (Lovell, Charles) (Entered: 12/15/2005) |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>STEPHANIE D. BROWN,<br>Debtor | Case No. 05-12431-ANV<br>Chapter 13 |
| STEPHANIE D. BROWN,<br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3,<br>Defendants. | A.P. No. 05-01052<br><br>CA 05 523 |

**NOTICE OF ELECTION UNDER RULE 8001(e)**

APPEAL OF ORDER OF UNITED STATES BANKRUPTCY COURT, DISTRICT OF RHODE ISLAND dated December 7, 2005, document number 22-17.

NOTICE IS HEREBY GIVEN that the Defendants, Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A., as Trustee of the Aegis Asset Backed Securities Trust 2004-3, elect to opt out of the Bankruptcy Appellate Panel for the First Circuit and hereby request that the appeal be heard by the United States District Court for the District Of Rhode Island.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3

By their Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401)861-8200/FAX(401)861-8210
cal@psh.com

Dated: December 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2005, I electronically filed a Notice of Election Under Rule 8001(e) with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: none; and I hereby certify that a copy of the Notice was served by regular, first class mail, to the following interested parties as set forth below:

Jeffrey Dana, Esquire
RI Legal Services, Inc.
56 Pine Street, Fourth Floor
Providence, RI 02903

Ms. Stephanie D. Brown
12 Kilburn Court
Newport, RI 02840

Ms. Margaret Nicholas
12 Kilburn Court
Newport, RI 02840

/s/ Debra J. Demartini

831756_1/999998-75