AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

Stephanie Brown

v.

MERS and Wells Fargo Bank

**APPEARANCE**

CA 05-523 S

CASE NUMBER: AP No. 05-01052

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Stephanie Brown

February 8, 2006
*Date*

[Signature] BAR ID # 5751
*Signature*

Rebecca L. Angelone
*Print Name*

56 Pine St. fourth floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 274 2652
*Phone Number*

FILED IN
OPEN COURT
on 2/8/06
[initials]

3