**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IN RE:<br><br>STEPHANIE D. BROWN,<br>Debtor | Case No. 05-12431-ANV<br>Chapter 13 |
| STEPHANIE D. BROWN,<br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3,<br>Defendants. | A.P. No. 05-01052 |

**DEFENDANTS' DESIGNATION**
**OF THE RECORD ON APPEAL AND STATEMENT OF ISSUES**
**TO BE PRESENTED**

Now come the Defendants, Mortgage Electronic Registration Systems, Inc. ("MERS"), and Wells Fargo Bank, N.A., as Trustee of the Aegis Asset Backed Securities Trust 2004-3 ("Wells Fargo"; together with MERS referred to collectively herein as the "Defendants"), and, pursuant to Fed. R. Bankr. P. 8006, hereby designate the following items to be included in the record on appeal and hereby submits the following Statement of Issues to be Presented on appeal.

**A. DESIGNATION OF RECORD**

Now come the Defendants and hereby designate the following items to be included in the record on appeal:

1. Transcript of Hearing held on December 7, 2005 on Defendants' Motion to Compel Arbitration and/or Mediation and to Dismiss Case, and Plaintiff's Objection;

2. Order Denying Motion/Application (doc#17) After Hearing entered by this Court on December 7, 2005 and denying the Defendants' Motion to Compel Arbitration and/or Mediation and to Dismiss Case, Document Number 22;

FILED JAN 05 '06 10:05 USBCRI

3. Defendants' Motion to Compel Mediation/Arbitration and to Dismiss Case and Memorandum in Support Thereof both filed November 2, 2005, Document Number 17;

4. Plaintiff's Objection to Defendants' Motion to Compel Mediation/Arbitration and to Dismiss Case filed November 15, 2005, Document Number 19;

5. Defendants' Notice of Appeal filed December 15, 2005, Document Number 22;

6. Defendants' Motion for Leave to Appeal and Memorandum in Support thereof both filed December 15, 2005, Document Number 27;

**B. STATEMENT OF ISSUES**

Now come the Defendants and hereby submit the following Statement of Issues to be Presented on Appeal:

1. Whether the Bankruptcy Court erred, as a matter of law, in denying the Defendants' Motion to Compel Mediation/Arbitration and to Dismiss Case.

2. Whether the Bankruptcy Court abused its discretion in retaining jurisdiction of the adversary proceeding.

3. Whether the mediation/arbitration clause in the plaintiff's mortgage should be enforced.

4. Whether the Federal Arbitration Act should be enforced in an adversary proceeding pending in the Bankruptcy Court.

5. Whether the strong public policy in favor of arbitration be upheld where a substantive bankruptcy right is not at issue.

**In Re: Stephanie D. Brown** **Case No. 05-12431-ANV, Ch. 13**

**Stephanie D. Brown**
**vs.** **A.P. No. 05-01052**
**Mortgage Electronic Registration Systems, Inc., et al**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3

By their Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401)861-8200/FAX(401)861-8210
cal@psh.com

Dated: December 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2005, I electronically filed a Designation of Record and Statement of Issues to be Presented with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: none; and I hereby certify that a copy of the Motion was served by regular, first class mail, to the following interested parties as set forth below:

Jeffrey Dana, Esquire
RI Legal Services, Inc.
56 Pine Street, Fourth Floor
Providence, RI 02903

Ms. Stephanie D. Brown
12 Kilburn Court
Newport, RI 02840

Ms. Margaret Nicholas
12 Kilburn Court
Newport, RI 02840

/s/ Debra J. Demartini

833405_1