# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br><br>STEPHANIE D. BROWN,<br>Debtor | Case No. 05-12431-ANV<br>Chapter 13 |
| STEPHANIE D. BROWN,<br>Plaintiff/Appellee,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3,<br>Defendants/Appellants. | A.P. No. 05-01052 |

## ASSENTED-TO MOTION FOR CONTINUANCE OF HEARING

Now come Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A., as Trustee of the Aegis Asset Bakced Securities Trust 2004-3 ("Defendants") and hereby move for a continuance of the Oral Argument Hearing scheduled for Thursday, May 11, 2006 in this matter.

As grounds therefor, Defendants state that their counsel will be undergoing shoulder surgery on Monday, May 8, 2006, and is likely to be out of work for two weeks, with no driving for three weeks, but should be available thereafter. Counsel for Plaintiff has assented to this Motion. Both counsel are available on June 20, 21 and 22, 2006.

WHEREFORE, Defendants pray that the hearing scheduled for May 11, 2006 be continued as requested.

GRANTED

WmSm

William E. Smith
U.S. District Judge
4/25/06



852246_1/1618-1093