# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: | |
| STEPHANIE D. BROWN,<br>Debtor | Case No. 05-12431-ANV<br>Chapter 13 |
| STEPHANIE D. BROWN,<br>Plaintiff,<br><br>v. | A.P. No. 05-01052 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3,<br>Defendants. | C.A. No. 05-523S |

**NOTICE OF APPEAL TO THE UNITED STATES COURT**
**OF APPEALS FOR THE FIRST CIRCUIT**

Pursuant to Fed. R. App. P. 4(a)(1), Fed. R. App. P. 6(a) and 28 U.S.C. § 158(d)(1), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Wells Fargo Bank, N.A., as Trustee of the Aegis Asset Backed Securities Trust 2004-3 ("Wells Fargo"; together with MERS referred to collectively herein as the "Appellants"), hereby appeal to the United States Court of Appeals for the First Circuit from the Decision and Order of the United States District Court for the District of Rhode Island, entered in this case on November 20, 2006 as a judgment denying the appeal of Appellees' Motion to Compel Arbitration and affirming the United States Bankruptcy Court's denial of Appellees' Motion to Compel Arbitration (the "Order").

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

Jeffrey Dana, Esquire
For Appellant
RI Legal Services, Inc.
56 Pine Street, Fourth Floor

Ms. Margaret Nicholas
As Interest Holder in Property
12 Kilburn Court
Newport, RI 02840

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND WELLS FARGO BANK, N.A., AS TRUSTEE OF THE AEGIS ASSET BACKED SECURITIES TRUST 2004-3

By their Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

/s/ Charles A. Lovell_____________
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401)861-8200/FAX(401)861-8210
cal@psh.com

DATED: December 18, 2006

891879_1