UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 7, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Mortgage Electronic Registration Systems, et al. v Stephanie D. Brown
CA05-523S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

RECEIVED
MAY - 8 2007
BY: U.S. Court of Appeals

ENC: Certified Docket, Transcript dated August 23, 2006

(17)

JC 07-1022