MANDATE

# United States Court of Appeals
## For the First Circuit

05-00523
USDC/RI
W. Smith

No. 07-1022

IN RE: STEPHANIE D. BROWN

Debtor

---

STEPHANIE D. BROWN

Plaintiff - Appellee

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
WELLS FARGO BANK, N.A., as trustee of the Aegis
Asset Backed Securities Trust 2004-3

Defendants - Appellants

---

**JUDGMENT**

Entered: September 13, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Calardo
**Deputy Clerk**

**Date:** 9/13/07

By the Court:
Richard Cushing Donovan, Clerk

By: ERIC H. DEININGER
Appeals Attorney

[cc: Charles A. Lovell, Esq., Jeffrey T. Dana, Esq., Rebecca L. Angelone, Esq.]